

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

February 21, 2023

**VIA ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:  *Supernus Pharmaceuticals, Inc. v. RiconPharma LLC, et al.*
            Civil Action No. 21-12133 (KM)(MAH) (consolidated)

Dear Judge Hammer:

      This firm, together with Haug Partners LLP, represents Plaintiff Supernus Pharmaceuticals, Inc. in the above-referenced matter. We write jointly with Defendants to inform the Court that: (i) this case is proceeding according to the Court's Scheduling Order (ECF No. 123), and (ii) there are no discovery issues or other disputes either pending before the Court or ripe for consideration at this time. Accordingly, the parties respectfully request that the Court adjourn the February 23 status conference (ECF No. 109). The parties also jointly request a three-week extension of the deadlines in the operative Scheduling Order (ECF No. 123). Subject to the Court's approval, the parties have agreed to the following revised schedule:

| Event | Current Deadline (ECF No. 123) | Proposed Deadline |
|---|---|---|
| Defendants to serve "Invalidity Contentions" and "Noninfringement Contentions" and corresponding disclosures (L. Pat. R. 3.6(c)-(f)) for '960 Patent | February 23, 2023 | March 16, 2023 |
| Parties to simultaneously exchange a list of claim terms of the '960 Patent which that party contends should be construed by the Court (L. Pat. R. 4.1(a)) | March 1, 2023 | March 22, 2023 |

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Michael A. Hammer, U.S.M.J.
February 21, 2023
Page 2

| | | |
|---|---|---|
| Parties to simultaneously exchange "Preliminary Claim Constructions" and identification of supporting intrinsic and extrinsic evidence (L. Pat. R. 4.2(a)-(b)) for '960 Patent | March 8, 2023 | March 29, 2023 |
| Parties to exchange identification of intrinsic and extrinsic evidence that each party intends to rely upon to oppose the other party's proposed construction for '960 Patent (L. Pat. R. 4.2(b)-(c)) | March 21, 2023 | April 11, 2023 |
| Parties to file Joint Claim Construction and Prehearing Statement for '960 Patent (L. Pat. R. 4.3) | March 28, 2023 | April 18, 2023 |
| Supernus to serve "Disclosure of Infringement Contentions" and "Responses to Invalidity Contentions" and corresponding documents (L. Pat. R. 3.6(g)-(i)) for '960 Patent | April 14, 2023 | May 5, 2023 |
| Parties to file Opening *Markman* Submissions for '960 Patent (L. Pat. R. 4.5(a)) | April 21, 2023 | May 12, 2023 |
| Parties to file Responsive *Markman* Submissions for '960 Patent (L. Pat. R. 4.5(c)) | May 12, 2023 | June 2, 2023 |
| *Markman* Hearing for disputed claim terms of '960 Patent | May/June 2023 (to be set by the Court) | June 2023 (to be set by the Court) |
| Close of fact discovery | June 19, 2023 | July 10, 2023 |
| Opening expert reports (for which the parties have the burden of proof) | August 11, 2023 | September 1, 2023 |
| Rebuttal expert reports | October 12, 2023 | November 2, 2023 |
| Reply expert reports | November 10, 2023 | December 1, 2023 |
| Completion of expert discovery | December 12, 2023 | January 2, 2024 |
| Joint Final Pretrial Order | January 11, 2024 | February 1, 2024 |
| Final Pretrial Conference | (To be set by the Court) | (To be set by the Court) |
| Trial | (To be set by the Court) | (To be set by the Court) |
| 30-month stay expiration | As described in ECF No. 108. ||

If the parties' adjournment request and revised proposed schedule meet with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All counsel (via email)

**The call scheduled for February 23, 2023 is adjourned to April 4, 2023 at 2:30 p.m. Counsel shall dial 1-888-684-8852 and enter access code 1456817# to join the call.**

**SO ORDERED.**

**s/ Michael A. Hammer**                                          **DATED: 2/22/23**
**Hon. Michael A. Hammer, U.S.M.J.**