

1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
www.flastergreenberg.com

**JEFFREY A. COHEN, ESQUIRE**
Member of the NJ, PA & NY Bar
Direct Dial: (856) 382-2240
E-Mail: jeff.cohen@flastergreenberg.com
*PLEASE RESPOND TO CHERRY HILL*

June 26, 2023

**VIA ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
for the District of New Jersey
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  Supernus Pharmaceuticals, Inc. v. RiconPharma LLC, et al., C.A. No. 2:21-cv-12133-KM-MAH

Dear Judge Hammer:

*AMENDED SCHEDULING ORDER*

This office represents the Defendants RiconPharma, LLC and Ingenus Pharmaceuticals, LLC in the above-referenced matter. We write to respectfully request, jointly with Plaintiff, an approximately four-week extension of all dates in the case schedule. Subject to the Court's approval, the Parties have agreed to the following revised schedule:

| **Event** | **Current Deadline (ECF No. 139)** | **Proposed Deadline** |
|---|---|---|
| Defendants to serve "Invalidity Contentions" and "Noninfringement Contentions" and corresponding disclosures (L. Pat. R. 3.6(c)-(f)) for '960 Patent | July 6, 2023 | August 3, 2023 |
| Parties to simultaneously exchange a list of claim terms of the '960 Patent which that party contends should be construed by the Court (L. Pat. R. 4.1(a)) | July 12, 2023 | August 9, 2023 |
| Parties to simultaneously exchange "Preliminary Claim Constructions" and identification of supporting | July 19, 2023 | August 16, 2023 |

The Honorable Michael A. Hammer, U.S.M.J.
June 26, 2023
Page 2

| | | |
|---|---|---|
| intrinsic and extrinsic evidence (L. Pat. R. 4.2(a)-(b)) for '960 Patent | | |
| Parties to exchange identification of intrinsic and extrinsic evidence that each party intends to rely upon to oppose the other party's proposed construction for '960 Patent (L. Pat. R. 4.2(b)-(c)) | August 3, 2023 | August 31, 2023 |
| Parties to file Joint Claim Construction and Prehearing Statement for '960 Patent (L. Pat. R. 4.3) | August 10, 2023 | September 7, 2023 |
| Supernus to serve "Disclosure of Infringement Contentions" and "Responses to Invalidity Contentions" and corresponding documents (L. Pat. R. 3.6(g)-(i)) for '960 Patent | September 12, 2023 | October 13, 2023 |
| Parties to file Opening *Markman* Submissions for '960 Patent (L. Pat. R. 4.5(a)) | September 26, 2023 | October 24, 2023 |
| Parties to file Responsive *Markman* Submissions for '960 Patent (L. Pat. R. 4.5(c)) | October 17, 2023 | November 14, 2023 |
| *Markman* Hearing for disputed claim terms of '960 Patent | October/November 2023 (to be set by the Court) | November/December 2023 (to be set by the Court) |
| Close of fact discovery | November 17, 2023 | December 15, 2023 |
| Opening expert reports (for which the parties have the burden of proof) | December 26, 2023 | January 23, 2024 |
| Rebuttal expert reports | March 1, 2024 | April 12, 2024 |
| Reply expert reports | March 29, 2024 | May 10, 2024 |
| Completion of expert discovery | May 3, 2024 | June 7, 2024 |
| Joint Final Pretrial Order | June 3, 2024 | July 12, 2024 |
| Final Pretrial Conference | (To be set by the Court) | (To be set by the Court) |
| Trial | (To be set by the Court) | (To be set by the Court) |
| 30-month stay expiration | As described in ECF No. 108. | |

If this request is acceptable to the Court, the Parties respectfully request Your Honor mark this letter So Ordered. Thank you for your generous consideration of this matter.

Respectfully submitted,

FLASTER/GREENBERG P.C.

Jeffrey A. Cohen

The Honorable Michael A. Hammer, U.S.M.J.
June 26, 2023
Page 3

cc:   All counsel of record

SO ORDERED.

_____
Hon. Michael A. Hammer, U.S.M.J.

6/27/2023