UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RICONPHARMA LLC and INGENUS PHARMACEUTICALS, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 21-12133 (MEF)(MAH) (consolidated)<br><br>(Filed Electronically) |

## **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

　　　　　This action for patent infringement having been brought by Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") against Defendants RiconPharma LLC and Ingenus Pharmaceuticals, LLC (collectively, "Ricon").

　　　　　Pursuant to Fed. R. Civ. P. 41, Supernus and Ricon by and through their undersigned counsel, hereby stipulate, that:

　　　　　1.　　All claims, counter-claims, and defenses asserted by Supernus and Ricon are dismissed without prejudice; and

　　　　　2.　　Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

Dated: August 18, 2023

| | |
|---|---|
| s/ William C. Baton | s/ Jeffrey A. Cohen |
| Charles M. Lizza | Jeffrey A. Cohen |
| William C. Baton | **FLASTER GREENBERG, P.C.** |
| Sarah A. Sullivan | Commerce Center |
| **SAUL EWING LLP** | 1810 Chapel Avenue West |
| One Riverfront Plaza | Cherry Hill, NJ 08002 |
| 1037 Raymond Blvd., Suite 1520 | Tel: (856) 661-1900 |
| Newark, NJ 07102 | jeff.cohen@flastergreenberg.com |
| wbaton@saul.com | |
| | *Of Counsel*: |
| *Of Counsel*: | |
| | **HAHN LOESER LLP** |
| Edgar H. Haug | Steven E. Feldman |
| Nicholas F. Giove | Sherry L. Rollo |
| Jason A. Kanter | Walter J. Kawula |
| Camille Y. Turner | Herve R. Jacquiau |
| **HAUG PARTNERS LLP** | Patrick J. Mardula |
| 745 Fifth Avenue | 200 W. Madison Street |
| New York, NY 10151 | Suite 2700 |
| (212) 588-0800 | Chicago, IL 60606 |
| | Tel: (312) 637-3000 |
| *Attorneys for Plaintiff* | sfeldman@hahnlaw.com |
| *Supernus Pharmaceuticals, Inc.* | srollo@hahnlaw.com |
| | wkawula@hahnlaw.com |
| | hjacquiau@hahnlaw.com |
| | pmardula@hahnlaw.com |
| | |
| | *Attorneys for Defendants* |
| | *RiconPharma LLC and Ingenus* |
| | *Pharmaceuticals LLC* |

SO ORDERED

Dated: 8/21/2023

_____
Hon. Michael E. Farbiarz, U.S.D.J.